**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2272**

_____

KARL LINARD MALLOY,

Debtor - Appellant,

v.

KRISTIN E. SCHELIN; MARK A. WATSON,

Creditors - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:24-cv-00170-MHL)

_____

Submitted:  November 25, 2025                    Decided:  December 1, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Karl Linard Malloy, Appellant Pro Se.  Christopher Lawrence Perkins, ECKERT SEAMANS CHERIN & MELLOTT, LLC, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Linard Malloy appeals the district court's order dismissing as moot his appeal from the bankruptcy court's order denying his motion for a protective order requiring waivers and an indemnity agreement prior to the scheduled property inspections. The district court dismissed the appeal as moot because the inspections had occurred and therefore it "[wa]s without the power to afford effective relief." *Cent. States, Se. & Sw. Areas Pension Fund v. Cent. Transp., Inc.*, 841 F.2d 92, 96 (4th Cir. 1988). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Malloy v. Schelin*, No. 3:24-cv-00170-MHL (E.D. Va. Nov. 21, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*